UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT ELI FULLER,

Petitioner,

v.

R. NDOH, Warden,

Respondent.

Case No. 17-cv-03196-YGR (PR)

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* ON APPEAL; DIRECTIONS TO CLERK**

On June 5, 2017, Petitioner, a California prisoner proceeding *pro se*, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of a judgment obtained against him in state court. On March 6, 2018, the Court denied the petition on the merits and denied a certificate of appealability. Dkt. 14.

Petitioner has requested to proceed *in forma pauperis* on appeal. Dkt. 19. In its Order denying the petition, the Court declined to issue a certificate of appealability and determined there were no valid grounds for an appeal. Consequently, Petitioner fails to show good cause to proceed *in forma pauperis* on appeal.

Accordingly, the motion to proceed *in forma pauperis on* appeal is hereby DENIED. Dkt. 19.

The Clerk of the Court shall send a copy of this Order to Petitioner and to the Ninth Circuit Court of Appeals, wherein Petitioner may renew his motion. *See* Fed. R. App. P. 24(a).

This Order terminates Docket No. 19.

IT IS SO ORDERED.

Dated: August 29, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge